AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Mihm, Michael M | 2. Court or Organization<br><br>Central District of Illinois | 3. Date of Report<br><br>04/29/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>204 Federal Building<br>100 N.E. Monroe<br>Peoria, IL 61602 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Abraham Lincoln Inns of Court - Peoria |
| 2. Board of Directors | Forest Park Foundation - Peoria |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY -5 A 11:16 FINANCIAL DISCLOSURE

| Name of Person Reporting | Date of Report |
|---|---|
| Mihm, Michael M | 04/29/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | John Marshall Law School - Adjunct Professor of Law - Taught two week long accelerated trial advocacy courses in calendar year 2007. (Cont. Part VIII) | $ 12,000 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Councils for International Education/Open World Program | 1/31/07 - 2/03/07 | Washington, DC | Meetings at AO/FJC/LOC | Air Fare/Hotel/Meals/Misc. |
| 2. | China University of Politics & Law and the Chinese State Intellectual Property Office | 3/21/07 - 4/03/07 | Beijing/Shanghai, China | Meet w/ Judges/Students | Travel w/ ▮▮▮ John Marshall Law delegation for mtgs w/ Chinese judges, law students & patent officials. Airfare/hotel/meals/misc. |
| 3. | Palladian Partners/National Institute of Justice | 6/24/07 - 6/25/07 | Washington, DC | Seminar re Expert Witness | Met w/ Judges/lawyers/academics re expert witness issues. A..fare/meals/hotel/misc. |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Mihm, Michael M | 04/29/2008 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 4. | Chemonics/USAID Contract/Russian Judiciary | 6/29/07 - 7/06/07 | Moscow, Russia | Rule of Law work | Airfare/Hotel/meals/Misc. |
| 5. | University of Wisconsin Law School | 7/25/07 - 7/27/07 | Minneapolis, MN | Meet w/ Shanghai Judges | Airfare/Hotel/Meals/misc. Met w/ 20 Judge delegation from Shanghai High Peoples Court re U.S. Judicial system and role of federal judges |
| 6. | American Councils for International Education/Open World Program | 9/08/07 - 9/18/07 | NY/DC/Chicago/Peoria | Host Justice Sidorenko | Airfare/hotel/meals/misc. Host series of mtgs at Supreme Court & other courts for Chairman of Council of Judges of the Russian Federation. |
| 7. | Chicago Bar Association | 10/4/07 - 10/4/07 | Chicago, IL | Speaker CLE seminar | Meals/mileage. |
| 8. | U.S. Department of State | 12/01/07 - 12/15/07 | Beijing/Shanghai, China | Speak on Rule of Law | Airfare/meals/hotel/misc. Series of speeches on Rule of Law topics in 7 cities. |

| Name of Person Reporting | Date of Report |
|---|---|
| Mihm, Michael M | 04/29/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | New York Life Insurance Company | Loan on value of whole life insurance | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mihm, Michael M | 04/29/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AXA Elite Annuity (see explanation Part VIII) | A | Dividend | L | T | | | | | |
| 2. Morgan Stanley for ● Nationwide Elite Venue IRA | | None | K | T | | | | | |
| 3. Morgan Stanley Active Asset Money Trust and Money Market | B | Interest | K | T | | | | | |
| 4. Southside Bank Savings | A | Interest | J | T | | | | | |
| 5. Southside Bank Savings ● | A | Interest | J | T | | | | | |
| 6. U.S. Treasury I Bond | A | Interest | J | T | | | | | |
| 7. U.S. Treasury I Bond | A | Interest | J | T | | | | | |
| 8. U.S. Treasury I Bond | A | Interest | J | T | | | | | |
| 9. U.S. Treasury I Bond | A | Interest | J | T | | | | | |
| 10. Allianz CCM Mid CAPA M/F | | None | J | T | | | | | |
| 11. DWS Dreman High Return Eqa M/F | A | Dividend | J | T | | | | | |
| 12. Davis Real Estate A M/F | A | Dividend | J | T | | | | | |
| 13. Fidelity Adv Dvrsfd Int A M/F | A | Dividend | J | T | Sell | 4/18 | J | A | |
| 14. American GR FD of America F M/F | A | Dividend | J | T | | | | | |
| 15. Janus Mid Cap Value Inv M/F | A | Dividend | J | T | | | | | |
| 16. Oppenhheimer Developing Mkt A M/F | A | Dividend | | | Sell | 6/19 | J | A | |
| 17. Pimco Total Return A M/F | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50.000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mihm, Michael M | 04/29/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Phoenix Multi-Sector St. Bd A M/F | A | Dividend | J | T | | | | | |
| 19. RS Partners Fund A M/F | A | Dividend | J | T | | | | | |
| 20. T Rowe Price Eqi-Inc Adv M/F | A | Dividend | J | T | | | | | |
| 21. Lazard Emerging Markets M/F | A | Dividend | K | T | Buy | 6/19 | J | | |
| 22. Thornburg Int. Value A M/F (See Explanation Part VIII) | | None | J | T | Sold | 4/18 | J | A | |
| 23. Beaver County A Int IDA Bond (Ohio Edison)See exp. Part VIII | A | Interest | | | Sold | 1/5 | K | | |
| 24. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Continued explanation from Part III-A, line 1 - Courses taught January and August. Vacation time was used: $6,000 for January session, $6,000 for August session.

Part VII - line 1 - AXA Elite Annuity is invested 9 mutual funds.

Part VII - Line 22 - Thornburg Int. Value A M/F - 2006 report inadvertently failed to reflect purchase of shares of this mutual fund on 6/7/2006 at Value JT. 2006 income none. Some shares sold on 4/18, still have some shares.

Part VII - Line 23 - Beaver County Bond. Inadvertently left purchase off earlier reports for 2005 and 2006. This was purchased on 11/15/05 at the time that we consolidated most of our assets at Morgan Stanley. In 2005, purchase value was KT, interest income was A. In 2006, interest income was A. The bond was sold/redeemed in full on 1/5/07 at value KT. The proceeds were placed in the Morgan Stanley Asset Money Trust and Money Market Account (See Line 3)

| Name of Person Reporting | Date of Report |
|---|---|
| Mihm, Michael M | 04/29/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544